UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 9 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

ALVIN M. SETO,

      Plaintiff - Appellee,

v.

GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai,

      Defendant - Appellant,

and

JOHN DOES 1-5; et al.,

      Defendants.

No. 04-17392

D.C. No. CV-03-00259-MEA
District of Hawaii,
Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 3 2005

at __1__ o'clock and __16__ min __P__ M
SUE BEITIA, CLERK

---

Before:  HAWKINS, McKEOWN, and CLIFTON, Circuit Judges.

The parties having filed their Stipulation and Request for Dismissal of Appeal and Order, this appeal is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. A certified copy of this order shall constitute the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 1 6 2005

by
Deputy Clerk