# ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN         3639-0
LISA W. CATALDO         6159-0
WENDY F. HANAKAHI       7963-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: 808-529-7300
Facsimile: 808-524-8293
email: minkin@m4law.com

Attorneys for Defendant
KAUAI COUNTY POLICE DEPARTMENT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 03 2006

at 2 o'clock and 05 min. P M
SUE BEITIA, CLERK

**LODGED**

JAN 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALVIN M. SETO,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FREITAS, JR., individually and in his capacity as the Chief of Police, Kauai county, KAUAI COUNTY POLICE DEPARTMENT, JOHN DOES 1 to 5 and JANE DOES 1 to 5,<br><br>Defendants. | CIVIL NO. CV03-00259 MEA LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br>NO TRIAL DATE SET |

126895.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant Kauai County Police Department, by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, Defendant George Freitas, by and through his attorneys, Watanabe Ing & Komeiji LLP, and Plaintiff Alvin M. Seto, by and through his attorneys, Law Offices of Clayton Ikei, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs. There are no remaining claims or parties. Trial of this matter has not been set.

DATED: Honolulu, Hawaii, JAN 1 7 2006

_____
DAVID J. MINKIN
LISA W. CATALDO
WENDY F. HANAKAHI
Attorneys for Defendant
KAUAI COUNTY POLICE DEPARTMENT

_____
CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
Attorneys for Plaintiff
ALVIN M. SETO

126895.1                              2

_____
JOHN T. KOMEIJI, ESQ.
KAREN ARIKAWA, ESQ.
Attorneys for Defendant
GEORGE FREITAS, JR

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Seto vs. Freitas, et al., Civil No. 03-00259 MEA LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER

126895.1                                3