# ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
LISA W. CATALDO         6159-0
WENDY F. HANAKAHI    7963-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: 808-529-7300
Facsimile: 808-524-8293
email: minkin@m4law.com

Attorneys for Defendant
KAUAI COUNTY POLICE DEPARTMENT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALVIN M. SETO,<br><br>                    Plaintiff,<br><br>      vs.<br><br>GEORGE FREITAS, JR.,<br>individually and in his capacity<br>as the Chief of Police, Kauai<br>county, KAUAI COUNTY POLICE<br>DEPARTMENT, JOHN DOES 1 to<br>5 and JANE DOES 1 to 5,<br><br>                    Defendants. | CIVIL NO. CV 03-00259 MEA LEK<br><br>CERTIFICATE OF SERVICE RE:<br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE AS TO ALL<br>CLAIMS AND PARTIES AND<br>ORDER |

126895.1

CERTIFICATE OF SERVICE RE:
STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES AND ORDER

The undersigned hereby certifies that on this date a copy of the STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER was served on the following at the addresses listed below by means of mailing a copy of same to them.

>CLAYTON C. IKEI, ESQ.
>JERRY P.S. CHANG, ESQ.
>1440 Kapiolani Blvd., Suite 1203
>Honolulu, Hawaii 96814
>    Attorneys for Plaintiff
>    ALVIN M. SETO

>JOHN T. KOMEIJI, ESQ.
>KAREN ARIKAWA, ESQ.
>First Hawaiian Center
>999 Bishop Street, 23rd Floor
>Honolulu, Hawaii 96813
>    Attorneys for Defendant
>    GEORGE FREITAS, JR.

DATED: Honolulu, Hawaii, FEB 0 6 2006

DAVID J. MINKIN
LISA W. CATALDO
WENDY F. HANAKAHI
Attorneys for Defendant KAUAI
COUNTY POLICE DEPARTMENT

126895.1                                    2